UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LVB-OGDEN MARKETING CORPORATION,<br><br>         Plaintiff,<br>   v.<br>CHRISTOPHER G. BINGHAM,<br><br>         Defendant,<br>   v.<br>JP MORGAN CHASE BANK, N.A.,<br><br>         Garnishee. | Case No. MC17-0153RSL<br><br>ORDER TO ISSUE WRIT OF GARNISHMENT |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Christopher G. Bingham, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, JP Morgan Chase Bank, N.A. The Court declines to order the issuance of the form of writ attached to the application at Dkt. # 1-3. The writ submitted by plaintiff is aimed at the assets of CCRB Enterprises, LLC. There is no evidence of a judgment against that entity, however. Plaintiff asserts that Christopher G. Bingham has an interest in or controls accounts held in the name of CCRB Enterprises, LLC. While the garnishee defendant may be instructed to hold any and all assets in which the judgment debtor has a substantial nonexempt interest, including assets held in the name of another person or entity, it may not be directed solely at assets of a non-party to the underlying suit.

ORDER TO ISSUE WRIT OF GARNISHMENT

1  The Court having reviewed the record in this matter, it is hereby ORDERED that the
2  Clerk of Court shall issue the version of the Writ of Garnishment attached to this order.

4  Dated this 13th day of December, 2017.

*[signature]*
Robert S. Lasnik
United States District Judge